■ SOCIETE GENERALE-NEW YORK BRANCH, Respondent, v PIERRE PASTEUR et al., Appellants.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on April 7, 1989, and judgment of said court entered on April 13, 1989, unanimously affirmed for the reasons stated by Shirley Fin-

gerhood, J. Respondent shall recover of appellants one bill of $250 costs and disbursements of this appeal. Concur—Murphy, P. J., Carro, Milonas, Asch and Wallach, JJ.